# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:06CR24

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| MATTHEW DOUGLAS NATIONS ) | |

**THIS MATTER** is before the Court on the Defendant's motion to strike certain paragraphs from the presentence report. The Government has responded and agrees with the Defendant that those portions of the report should be amended. The Government further requests that the exhibits attached to the Defendant's motion be sealed.

For the reasons stated in the Defendant's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to strike is **ALLOWED**, and the Probation Office is directed to amend the presentence report to reflect the trial testimony of the victim herein.

**IT IS FURTHER ORDERED** that the exhibits attached to the Defendant's motion to strike shall be placed under seal until further order of this Court.

Signed: April 9, 2007

Lacy H. Thornburg
United States District Judge